In the Matter of LEONARD ROSENFELD, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, September 27, 1960.

*Eric Nightingale* for petitioner.

*Jacob Shientag* for respondent.

*Per Curiam.* On February 18, 1960, respondent was duly convicted in the Court of General Sessions of the County of New York of the crime of attempted extortion, which is a felony (Penal Law, § 850 *et seq.*). Pursuant to subdivision 4 of section 90 of the Judiciary Law, respondent then ceased to be a member of the Bar.

The statutory provision is mandatory and upon proof of conviction an order of disbarment follows as a matter of course, notwithstanding the pendency of an appeal from the judgment of conviction (*Matter of Lindheim,* 195 App. Div. 827; *Matter of Scotti,* 266 App. Div. 279).

The respondent should be disbarred.

BOTEIN, P. J., BREITEL, RABIN, VALENTE and McNALLY, JJ., concur.

Respondent disbarred.